

# Fourth Court of Appeals
## San Antonio, Texas

July 26, 2019

No. 04-19-00353-CV

**IN THE INTEREST OF T.H.C., A CHILD**,
Appellant

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-19681
The Honorable Cynthia Marie Chapa, Judge Presiding

## O R D E R

The court reporter responsible for preparing the reporter's record for this appeal, Ms. Judy Stewart, filed a reporter's record from a motion for new trial hearing on June 17, 2019. The clerk's record was filed on July 22, 2019. In response to an inquiry from this court, Ms. Stewart filed written notice in this court on July 24, 2019, stating the reporter's record from the motion for new trial hearing was the only portion of the reporter's record she was requested to prepare. Accordingly, the appellate record is complete. Appellant's brief must be filed no later than August 21, 2019, and the court will consider only those issues or points raised in appellant's brief that do not require the unrequested portion of the reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of July, 2019.

_Keith E. Hottle_
Keith E. Hottle,
Clerk of Court